B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Southern District of Indiana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Indiana Steel and Tube, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-0510563** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**848 W. Sweet St.**<br>**Brownstown, IN**<br>ZIP Code **47220** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Jackson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."   ■ Debts are primarily<br>business debts. |
|---|---|---|

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

**B1 (Official Form 1)(12/11)** Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Indiana Steel and Tube, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | *(To be completed if debtor is an individual whose debts are primarily consumer debts.)*<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                                                 **Page 3**

| **Voluntary Petition** | Name of Debtor(s):<br>   **Indiana Steel and Tube, Inc.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

<b>Signatures</b>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
   Signature of Debtor

**X** _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐  I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐  Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney\***

**X** **/s/ Jerald I. Ancel**
_____
Signature of Attorney for Debtor(s)

**Jerald I. Ancel 2390-49**
_____
Printed Name of Attorney for Debtor(s)

**Taft Stettinius & Hollister LLP**
_____
Firm Name

**One Indiana Square, Suite 3500**
**Indianapolis, IN 46204**
_____
Address

**(317) 713-3500  Fax: (317) 713-3699**
_____
Telephone Number

**July 10, 2012**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Dillard Wittymore III**
_____
Signature of Authorized Individual

**Dillard Wittymore III**
_____
Printed Name of Authorized Individual

**Chief Executive Officer**
_____
Title of Authorized Individual

**July 10, 2012**
_____
Date

**WRITTEN CONSENT TO RESOLUTIONS IN LIEU OF SPECIAL MEETING
OF THE BOARD OF DIRECTORS OF INDIANA STEEL AND TUBE, INC.**

The undersigned, being the sole member of the Board of Directors of Indiana Steel and Tube, Inc., an Indiana corporation (the "Company"), acting pursuant to the provisions of the Indiana Business Corporation Law, hereby unanimously consent to the following actions to be taken by the Board of Directors, without and in lieu of a special meeting:

RESOLVED, that in the judgment of the Board of Directors, it may be desirable and in the best interests of the Company, and its creditors, equity holders and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

FURTHER RESOLVED, that Dillard Whittymore III, the Chief Executive Officer, is hereby authorized and directed on behalf of the Company to execute and verify a voluntary petition to commence a case with respect to the Company under chapter 11 of the Bankruptcy Code and to cause such petition to be filed with the United States Bankruptcy Court for the Southern District of Indiana at such time as Dillard Whittymore III shall determine.

FURTHER RESOLVED, that Dillard Whittymore III, on behalf the Company, is hereby authorized and directed to execute and file all other petitions, statement of affairs, schedules, applications, motions, lists and any other papers and to take any and all action that he deems necessary and proper in connection with the chapter 11 case, and in that connection to retain and employ legal counsel and other professionals as he deems necessary and proper, with a view to the successful pursuit of the chapter 11 case.

FURTHER RESOLVED, that subject to Dillard Whittymore III having made the determination provided in the foregoing resolutions, the Company will employ the law firm of Taft Stettinius & Hollister LLP ("Taft") to serve as counsel for the Company in connection with the chapter 11 case at the usual and customary hourly fees charged by Taft for similar services, plus reimbursement of all actual and necessary expenses.

IN WITNESS WHEREOF, the undersigned has executed this Written Consent to Resolutions in Lieu of Special Meeting of the Board of Directors as of the ____ day of July, 2012, thereby agreeing that the foregoing resolutions shall be of the same force and effect as if adopted at a meeting of the Board of Directors of the Company held upon due notice.

Dillard Whittymore III, Director

1659065.1

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Indiana Steel and Tube, Inc.**
Debtor(s)

Case No.
Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Mill Steel 5116 36th St. Grand Rapids, MI 49512 | Eric Lambert Mill Steel 5116 36th St. Grand Rapids, MI 49512 616-977-9098 | Trade Debt | | 2,672,572.88 |
| Four Starr Steel 6689 Orchard Lake Rd. #338 West Bloomfeild, MI 48322 | Robert Kramer Four Starr Steel 6689 Orchard Lake Rd. #338 West Bloomfeild, MI 48322 248-538-9191 | Trade Debt | | 1,202,710.17 |
| Alliance Steel 6499 W. 66th Place Chicago, IL 60638 | Mike Garvey Alliance Steel 6499 W. 66th Pl. Chicago, IL 60638 708-924-1200 | Trade Debt | | 948,197.93 |
| Charter Steel Trading 4401 W. Roosevelt Rd. Chicago, IL 60624 | Gary Birnbaum Charter Steel Trading 4401 W. Roosevelt Rd. Chicago, IL 60624 773-522-3100 | Trade Debt | | 900,259.10 |
| Mainline Metals Inc. 21 Bala Avenue Bala Cynwyd, PA 19004 | Bob Dubin Mainline Metals Inc. 21 Bala Avenue Bala Cynwyd, PA 19004 610-668-0888 | Trade Debt | | 723,311.61 |
| Rapid Metals 7031 Orchard Lake Rd Ste 101 West Bloomfield, MI 48322 | Andy Beletskiy Rapid Metals 7031 Orchard Lake Rd Ste 101 West Bloomfield, MI 48322 248-286-6680 | Trade Debt | | 439,418.52 |
| NK Steel 31731 Northwestern Hwy Farmington Hills, MI 48334 | Kerry Nagle NK Steel 31731 Northwestern Hwy Farmington Hills, MI 48334 248-865-9000 | Trade Debt | | 438,966.21 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Indiana Steel and Tube, Inc.**                                    Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Impact Steel Inc.**<br>**1551 Academy**<br>**Ferndale, MI 48220** | **Tony Catania**<br>**Impact Steel Inc.**<br>**1551 Academy**<br>**Ferndale, MI 48220**<br>**248-414-6100** | **Trade Debt** | | **217,103.79** |
| **Lombard Metals Corporation**<br>**3 Bala Plaza Ste. 202**<br>**Bala Cynwyd, PA 19004** | **John Ruttenburg**<br>**Lombard Metals Corporation**<br>**3 Bala Plaza Ste. 202**<br>**Bala Cynwyd, PA 19004**<br>**215-922-6855** | **Trade Debt** | | **200,649.85** |
| **Allied Photochemical, Inc.**<br>**48 N. Airport Rd.**<br>**Smiths Creek, MI 48074** | **Dan Sweetwood**<br>**Allied Photochemical, Inc.**<br>**48 N. Airport Rd.**<br>**Smiths Creek, MI 48074**<br>**810-364-6910** | **Trade Debt** | | **182,746.00** |
| **West Boca Metals**<br>**8177 W. Glades Rd. Suite 101**<br>**Boca Raton, FL 33434** | **Stuart Fox**<br>**West Boca Metals**<br>**8177 W. Glades Rd. Suite 101**<br>**Boca Raton, FL 33434**<br>**561-477-2470** | **Trade Debt** | | **146,802.83** |
| **Centennial Steel**<br>**14620 Arminta St.**<br>**Van Nuys, CA 91402** | **Accounts Receivable**<br>**Centennial Steel**<br>**14620 Arminta St.**<br>**Van Nuys, CA 91402**<br>**888-378-3350** | **Trade Debt** | | **125,628.33** |
| **Steel Summit Ohio Inc.**<br>**11150 Southland Road**<br>**Cincinnati, OH 45240** | **Eddie Luz**<br>**Steel Summit Ohio Inc.**<br>**11150 Southland Rd.**<br>**Cincinnati, OH 45240**<br>**513-825-8550** | **Trade Debt** | | **86,405.56** |
| **West Steel Processing**<br>**2525 Kreutzer Dr**<br>**Columbus, IN 47201** | **Larry West**<br>**West Steel Processing**<br>**2525 Kreutzer Dr**<br>**Columbus, IN 47201**<br>**812-378-7988** | **Trade Debt** | | **70,189.14** |
| **Prime Logistics, LLC**<br>**1913 Masterpiece Ave.**<br>**Murfreesboro, TN 37130** | **Prime Logistics, LLC**<br>**1913 Masterpiece Ave.**<br>**Murfreesboro, TN 37130**<br>**615-217-2275** | **Trade Debt** | | **46,175.00** |
| **Freedom Machinery Co., Inc.**<br>**12232 River Rd.**<br>**Grand Rapids, OH 43522** | **Dave Ruth**<br>**Freedom Machinery Co., Inc.**<br>**12232 River Rd.**<br>**Grand Rapids, OH 43522**<br>**419-832-0100** | **Trade Debt** | | **39,201.36** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Indiana Steel and Tube, Inc.**                                    Case No.
                                   Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Ryerson Coil Processing**<br>**1108 Central Ave.**<br>**Hamilton, OH 45011** | **Accts Receivable**<br>**Ryerson Coil Processing**<br>**1108 Central Ave.**<br>**Hamilton, OH 45011**<br>**513-896-4600** | **Trade Debt** | | **35,973.90** |
| **Circle J Enterprises**<br>**P O Box 1222**<br>**Florence, KY 41042** | **Accounts Receivable**<br>**Circle J Enterprises**<br>**P O Box 1222**<br>**Florence, KY 41042**<br>**800-733-3299** | **Trade Debt** | | **35,900.00** |
| **Tomson Steel Company**<br>**1400 Made Dr.**<br>**Middletown, OH 45044** | **Steve Lutz**<br>**Tomson Steel Company**<br>**1400 Made Dr.**<br>**Middletown, OH 45044**<br>**513-420-8600** | **Trade Debt** | | **32,767.91** |
| **Matandy Steel And Metal**<br>**1200 Central Ave.**<br>**Hamilton, OH 45011** | **Accts Receivable**<br>**Matandy Steel And Metal**<br>**1200 Central Ave.**<br>**Hamilton, OH 45011**<br>**513-844-2277** | **Trade Debt** | | **20,854.14** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **July 10, 2012**                              Signature   **/s/ Dillard Wittymore III**
                                                                   **Dillard Wittymore III**
                                                                   **Chief Executive Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

.

# United States Bankruptcy Court
## Southern District of Indiana

In re     **Indiana Steel and Tube, Inc.** _____ ,          Case No. _____

Debtor

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Chad Wittymore**<br>**848 W. Sweet St.**<br>**Brownstown, IN 47220** | | | **17% Owner** |
| **Colton Wittymore**<br>**848 W. Sweet St.**<br>**Brownstown, IN 47220** | | | **17% Owner** |
| **Debbie Hunnicutt**<br>**615 W. Seventh St**<br>**Seymour, IN 47274** | | | **24% Owner** |
| **Dillard Wittymore III**<br>**848 W. Sweet St.**<br>**Brownstown, IN 47220** | | | **1% Owner** |
| **Gary Hunnicutt**<br>**615 W. Seventh St**<br>**Seymour, IN 47274** | | | **24% Owner** |
| **Rebecca Schepman**<br>**848 W. Sweet St.**<br>**Brownstown, IN 47220** | | | **17% Owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**July 10, 2012**_____          Signature **/s/ Dillard Wittymore III**_____

**Dillard Wittymore III**
**Chief Executive Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§  152 and 3571.

**0**___  continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Indiana Steel and Tube, Inc.**                                                    Case No.
                                        Debtor(s)                    Chapter      **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Indiana Steel and Tube, Inc.**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 10, 2012**                                        **/s/ Jerald I. Ancel**

Date                                                     **Jerald I. Ancel 2390-49**

                                                        Signature of Attorney or Litigant
                                                        Counsel for    **Indiana Steel and Tube, Inc.**
                                                        **Taft Stettinius & Hollister LLP**
                                                        **One Indiana Square, Suite 3500**
                                                        **Indianapolis, IN 46204**
                                                        **(317) 713-3500 Fax:(317) 713-3699**

# Indiana Steel and Tube

_____ Debtor(s). Case No. _____

## CURRENT BUSINESS INCOME AND EXPENSES

Please provide figures for the full calendar month preceding the date of petition to the date of petition.

Bank book balance and cash on hand at *beginning of full calendar month preceding filing* $ 268,988

**RECEIPTS & OTHER FUNDING:**

| | | |
|---|---|---|
| 1. | Sales/Receipts | $ — |
| 2. | Accounts Receivable Collections | $ 2,460,641 |
| 3. | Loans/Financing | $ — |
| 4. | Capital Contributions | $ — |
| 5. | Other Receipts (describe below) | $ 1,509,131 |

Draws on LOC $ 1,509,131

_____ $ —

_____ $ —

**I.    TOTAL RECEIPTS & FUNDING (sum of lines 1-5)**   $ 3,969,772

**EXPENDITURES:**

| | | |
|---|---|---|
| 6. | Inventory Purchases | $ 1,407,394 |
| 7. | Taxes | $ — |
| 8. | PAYROLL | |
| | a. Compensation of Insiders | $ — |
| | b. Salaries & Wages | $ 263,817 |
| | c. Outside Labor | $ |
| 9. | Payments to Professionals | $ 92,544 |
| 10. | Insurance | $ 44,193 |
| 11. | Real Property Rent Payments | $ 70,000 |
| 12. | Equipment Lease Payments | $ 2,100 |
| 13. | Mortgage Payments | $ — |
| 14. | Utilities/Telephone | $ 34,263 |
| 15. | Supplies | $ 263,214 |
| 16. | Repairs & Maintenance | $ 179,830 |
| 17. | Travel & Entertainment | $ — |
| 18. | Other Expenses (describe below) | $ 1,670,268 |

Payments on LOC $ 1,452,669

Freight $ 196,946

Fuel $ 20,653

**II.    TOTAL EXPENDITURES (sum of lines 6-18)**   $ 4,027,623

**NET CASH FLOW (Total Receipts less Total Expenditures)**   $ (57,851)

**Bank book balance and cash on hand at *date of filing***   $ 211,137